UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Hugh D. Hardy, II, | ) | Civil Action No.: 0:17-cv-00196-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Nancy A. Berryhill, Acting Commissioner of the Social Security Administration, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

On April 21, 2018, Plaintiff filed a motion for attorney's fees pursuant to the Equal Access to Justice Act,[1] asserting the position taken by Defendant in this action was not substantially justified. *See* ECF No. 25. On May 7, 2018, the parties filed a joint stipulation agreeing to an award of $7,200.00 in attorney's fees. *See* ECF No. 26. The joint stipulation provides that the attorney's fees award should be paid to the claimant (not his attorney) and is subject to the Treasury Offset Program[2] if the claimant owes an outstanding debt to the federal government.

After careful consideration, the Court **ORDERS** Defendant to pay Plaintiff attorney's fees in the amount of $7,200.00, subject to the Treasury Offset Program provision in the joint stipulation. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010), the attorney's fees will be paid directly to the claimant and mailed to his attorney, with a copy sent to the claimant.

**IT IS SO ORDERED.**

May 10, 2018
Florence, South Carolina

s/ R. Bryan Harwell
R. Bryan Harwell
United States District Judge

---

[1] 28 U.S.C. § 2412(d).

[2] 31 U.S.C. § 3716.